C. Edward Langhammer, Jr. (SBN 100991)
  *clanghammer@cozen.com*
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile:  (310) 394-4700

Attorney for Defendant
SHK MANAGEMENT INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| VLADIMIR CURIEL, an individual;<br><br>     Plaintiff,<br><br>  v.<br><br>SHK MANAGEMENT INC., a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>     Defendants. | Case No.<br>Assigned to:<br><br>[State Court Case No. 20SMCV01255]<br><br>**NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b)**<br><br>Date of first filing:<br>Trial Date: TBD |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF VLADIMIR CURIEL AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that SHK Management Inc. ("Defendant") hereby removes the above-captioned action from the Superior Court of the State of California in and for the County of Los Angeles, to the United States District Court for the Central District of California on the following grounds.

NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY
JURISDICTION UNDER 28 U.S.C. §1441(b)

## BACKGROUND

1.     On September 10, 2020 an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Vladimir Curiel, Plaintiff, vs. SHK Management Inc. a Pennsylvania corporation; and DOES 1 through 10, inclusive.* A copy of the Complaint is attached hereto as **"Exhibit A"**.

2.     The first date upon which Defendant received a copy of the said Complaint was September 15, 2020 when Defendant's registered agent was served with a copy of the said Complaint and a Summons from the said state court. A copy of the Summons is attached hereto as **"Exhibit B"**. Consequently, this removal petition is timely filed. *See* 28 U.S.C. § 1446(b) (requiring removal within 30 days of receipt of initial pleading).

3.     This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff seeks unlimited damages, including punitive damages.

4.     None of the alleged DOE defendants have been identified or served with process in this matter.

CASE NO.
NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b)

5. Defendant will file a copy of this Notice of Removal with the Clerk of the Superior Court for County of Los Angeles, and will serve a copy on Plaintiff, as required by 28 U.S.C. § 1446(d).

## REMOVAL BASED ON TRADITIONAL DIVERSITY JURISDICTION

6. Complete diversity of citizenship exists in that:

- Plaintiff Vladimir Curiel is a citizen of the State of California.
- Defendant SHK Management Inc. was and is a corporation incorporated under the laws of the Commonwealth of Pennsylvania and having its principal place of business in the Commonwealth of Pennsylvania as verified in the Declaration of Robert Grossman, Esquire, a copy of which is attached hereto as **"Exhibit C."**

7. The Complaint herein also names as defendants DOES 1 through 10, inclusive. The citizenship of the DOE defendants should be disregarded for purposes of determining jurisdiction under the Court Reform and Access of Justice Act of 1988, codified at 28 U.S.C. § 1441(b)(1).

## RESERVATION OF RIGHTS

8. Defendants deny the allegations contained in Plaintiff's Complaint and file this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

9. Further, in making the allegations in this Notice of Removal, Defendant does not concede in any way that the allegations in the Complaint are accurate, that

NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b)

Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

13.   Defendant also reserves the right to amend or supplement this Notice of Removal. If any questions arise as to the propriety of the removal of this action, Defendant expressly requests the opportunity to present such further evidence as necessary to support its position that this action is removable.

**WHEREFORE,** Defendant gives notice that the above action, which was pending in the Superior Court of the State of California, County of Los Angeles, is hereby removed to this Court.

Dated:  October 15, 2020                          COZEN O'CONNOR


                                            By: */s/ C. Edward Langhammer, Jr.*
                                                C. Edward Langhammer, Jr.
                                                Attorney for Defendant
                                                SHK MANAGEMENT INC.

NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b)