# EXHIBIT C

C. Edward Langhammer, Jr. (SBN 100991)
 *clanghammer@cozen.com*
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile:  (310) 394-4700

Attorney for Defendant
SHK MANAGEMENT INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VLADIMIR CURIEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHK MANAGEMENT INC., a Pennsylvania corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br><br>DECLARATION OF ROBERT GROSSMAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b)<br><br>Date of first filing:<br>Trial Date:      TBD |

1

DECLARATION OF ROBERT GROSSMAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b) - Case No. ***

## DECLARATION OF ROBERT S. GROSSMAN

I, Robert S. Grossman, make the following declaration in accordance with 28 U.S.C. §1746, and declare under penalty of perjury that the following is true and correct based upon my personal knowledge.

1.      I am adult individual and am employed by SHK Management, Inc. ("SHK").

2.      I hold the title of Executive Vice President and serve as the chief legal officer of SHK.

3.      SHK is a corporation organized under the laws of the Commonwealth of Pennsylvania.

4.      SHK maintains its headquarters at 580 West Germantown Avenue, Suite 200, Plymouth Meeting, Pennsylvania 19462.  This is the facility where the corporation's high level officers direct, control, and coordinate the corporation's activities.

5.      SHK has maintained its headquarters in Plymouth Meeting, Pennsylvania continuously for more than the last ten years.

Executed in Ardmore, Pennsylvania on October 13, 2020.

_____
Robert S. Grossman

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

2

DECLARATION OF ROBERT GROSSMAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b) - Case No. ***