C. Edward Langhammer, Jr. (SBN 100991)
 *clanghammer@cozen.com*
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile:  (310) 394-4700

Attorney for Defendant
SHK MANAGEMENT INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR CURIEL, an individual;<br><br>        Plaintiff,<br><br>     v.<br><br>SHK MANAGEMENT INC., a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. 2:20-cv-09453-DMG-GJS<br><br>**STIPULATION REGARDING DISMISSAL OF ENTIRE CASE WITH PREJUDICE AND WAIVER OF COSTS PURSUANT TO FRCP 41** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure PLAINTIFF VLADIMIR CURIEL ("Plaintiff") and DEFENDANT SHK MANAGEMENT INC. ("Defendant," and both Plaintiff and Defendants referred to collectively as "the Parties"), by and through their undersigned counsel of record, hereby STIPULATE and AGREE as follows:

1

**STIPULATION REGARDING DISMISSAL OF ENTIRE CASE WITH PREJUDICE AND WAIVER OF COSTS PURSUANT TO FRCP 41 - Case No. 2:20-cv-09453-DMG-GJS**

1. On or about September 10, 2020, Plaintiff filed this action in the Superior Court of the State of California in and for the County of Los Angeles against Defendant alleging claims for: (1) Violation of Right of Recall of Los Angeles County COVID-19 Workers Protection Ordinance. This action was Removed to this Court on October 15, 2020; and

2. The Parties have fully and finally settled all disputes between them as set forth in this Stipulation.

3. Accordingly, the Parties STIPULATE and AGREE to dismiss the above-captioned matter in its entirety, with prejudice, including all parties and all claims. Each party will bear their own attorneys' fees and costs associated with this action.

DATED: October 21, 2020          STALWART LAW GROUP

By: /s/ Cindy Hickox

Ji-In Lee Houck
David Angeloff
Cindy Hickox
Attorneys for Plaintiff
VLADIMIR CURIEL

DATED: October 21, 2020          COZEN O'CONNOR

By: /s/ C. Edward Langhammer, Jr.
C. Edward Langhammer, Jr.
Attorney for Defendant
SHK MANAGEMENT INC.

2

**STIPULATION REGARDING DISMISSAL OF ENTIRE CASE WITH PREJUDICE AND WAIVER OF COSTS PURSUANT TO FRCP 41 - Case No. 2:20-cv-09453-DMG-GJS**